# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KATHY COOK, on behalf of herself and all other similarly situated persons, | CASE NO. 5:20-CV-445 |
| PLAINTIFFS, | JUDGE SARA LIOI |
| vs. | JUDGMENT ENTRY |
| BREWSTER CHEESE COMPANY, | |
| DEFENDANT. | |

    For the reasons set forth in the contemporaneously filed memorandum opinion and order, the Confidential Joint Stipulation of Settlement and Release is approved, the claims in plaintiffs' complaint are dismissed with prejudice, and this case is closed.

    **IT IS SO ORDERED**.

Dated: April 30, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**